partment. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Samuel A. Scott and others, in which Frederick C. Hicks appeals. (Appeal No. 14.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. HIRSCHBERG, Appellant, v. KIEB, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Proceeding by the People of the State of New York, on the relation of Henry Hirschberg, against R. F. C. Kieb, as Medical Superintendent of the Matteawan State Hospital. No opinion. Motion denied.

---

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO., Appellant, v. PURDY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against Lawson Purdy and another, as commissioners. R. Norton, of New York City, for appellant. A. B. Scoville, of New York City, for respondents. No opinion. Order (in 85 Misc. Rep. 581, 148 N. Y. Supp. 1074) affirmed, with costs. Order filed.

---

PEOPLE ex rel. KNOBLAUCH, Appellant, v. WARDEN OF JAIL OF FOURTH DISTRICT MAGISTRATE'S COURT, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Proceeding by the People of the State of New York, on the relation of Mary B. Knoblauch, against the Warden of the Jail of the Fourth District Magistrate's Court. B. Rembaugh, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order (in 89 Misc. Rep. 243, 153 N. Y. Supp. 463) affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. NOLAN, Respondent, v. PRENDERGAST, City Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York, on the relation of James J. Nolan, as executor of William Nolan, deceased, against William A. Prendergast, as Comptroller of the City of New York. No opinion. Final order (in 88 Misc. Rep. 307, 150 N. Y. Supp. 683) affirmed with $50 costs and disbursements.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division,

First Department. April 9, 1915.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Lawson Purdy and others, as commissioners, etc. C. A. Peters, of New York City, for appellants. G. H. Walker, of New York City, for respondent. No opinion. Orders (149 N. Y. Supp. 315) affirmed, with costs. Orders filed. See, also, 153 N. Y. Supp. 300

---

PEOPLE ex rel. POMMER, Appellant, v. THOMPSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Proceeding by the People of the State of New York, on the relation of Eugene R. Pommer, against Henry R. Thompson, as commissioner and others. A. De Roode, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Orders affirmed, with costs. Order filed.

---

PEOPLE ex rel. POTTER v. SMITH, Mayor, et al. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Proceeding by the People of the State of New York, on the relation of George C. Potter, against Clarence W. Smith, Mayor, and others. No opinion. Determination unanimously confirmed, without costs.

---

PEOPLE ex rel. RICHMOND LIGHT & R. CO. v. McCALL et al. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Proceeding by the People of the State of New York, on the relation of the Richmond Light & Railroad Company, against Edward E. McCall and another, as commissioners. L. H. Freedman, of New York City, for relator. A. Du Bois, of New York City, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. SANBORN MAP CO. v. CEDER et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Proceeding by the People of the State of New York, on the relation of the Sanborn Map Company, against Peter Ceder, as president, etc., and others. No opinion. Motion denied, on condition that appellants perfect the appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 153 N. Y. Supp. 1137.

---

PEOPLE ex rel. SANBORN MAP CO. v. CEDER. (Supreme Court, Appellate Division, Second Department. June 18, 1915.) Proceeding by the People of the State of New York, on the relation of the Sanborn Map Company, against Peter Ceder, as president, etc. No opinion. Motion granted, on condition that appellants pay the attorney for the relator $25 within 20 days, perfect the appeal, place the case upon the September calendar of this court,